39046. The State, ex rel. Harvey W. Waller v. Medical Board of the State of

Ohio. In Mandamus. Demurrer to Amended Petition. Overruled.